HENRY RIVERS, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

(BLECKLEY, Judge, was providentially prevented from presiding in this case.)

An indictment for simple larceny in stealing hogs is sufficiently certain in describing them, if they be so described as to be identified by the owner.

Criminal law. Indictment. Before Judge CLARK. Lee Superior Court. November Adjourned Term, 1876.

Reported in the opinion.

W. A. HAWKINS; GEORGE KIMBROUGH; ALFRIEND & ARMSTRONG, for plaintiff in error.

C. F. CRISP, solicitor general, for the state.

JACKSON, Judge.

The indictment described the hog stolen as a black hog, mark unknown, of the value of $4 00, and the property of one G. K. & T. R. Taylor. The court below held it good, and error is assigned to this judgment.

The Code is very broad; the only description necessary is such as that the owner may identify the hog, and this was done in this case: See Code, section 4400; 44 *Georgia Reports,* 300.

Judgment affirmed.